# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ALVIN DEJUAN AIKENS　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #160951

v.　　　　　　　　　　　　4:25-cv-00787-JM-JJV

JAMES SHIPMAN, Warden,
Larry B. Norris Unit, Arkansas Division of Correction; *et al.*　　　　　　　DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe, and Plaintiff's objections. (Docs. 6 and 7) After reviewing the record *de novo*, this Court adopts the Recommendation in part as its findings in all respects.

Therefore, Plaintiff may proceed with his Eighth Amendment claims against Defendant Karam Thorns regarding his sleeping bag claim and the cleanliness of his cells and water while in punitive segregation. Plaintiff may proceed with his Eighth Amendment out-of-cell time claim against Defendants Jordan Slayden and Brandon Bass. All other claims, as well as Defendant Shipman are dismissed without prejudice. The Clerk is directed to file the Plaintiff's objections as an amended complaint. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 3rd day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE