# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ALVIN DEJUAN AIKENS                                                                                    PLAINTIFF
ADC #160951

v.                                         4:25-cv-00787-JM-JJV

JAMES SHIPMAN, Warden,
Larry B. Norris Unit, Arkansas Division of Correction; *et al.*                      DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommended Disposition ("PRD") submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After a *de novo* review of the PRD, objections, and careful consideration of the case record, the Court approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Motion for Preliminary Injunction. (Doc. No. 12.) is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 28th day of October, 2025.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE