**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

ALVIN DEJUAN AIKENS                                                                    PLAINTIFF
ADC #160951

v.                                          4:25-cv-00787-JM-JJV

JAMES SHIPMAN,
Warden, Larry B. Norris Unit,
Arkansas Division of Correction; *et al.*                                        DEFENDANTS

<u>**ORDER**</u>

The Court has reviewed the Recommendation submitted by United States Magistrate Judge

Joe J. Volpe, and Plaintiff's objections along with Plaintiff's reply submitted after the

recommended disposition was filed.   (Docs. 46, 47 and 48.)   After reviewing the record *de novo*,

this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, Defendants' Motion for Summary Judgment (Doc. 34) is GRANTED.

Plaintiff's claims against Defendants Slayden, Bass, and Thorns are DISMISSED WITHOUT

PREJUDICE due to lack of exhaustion.   It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an

*in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in

good faith.

Dated this 23rd day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE