**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

ALVIN DEJUAN AIKENS                                                              PLAINTIFF
ADC #160951

v.                                              4:25-cv-00787-JM-JJV

JAMES SHIPMAN,
Warden, Larry B. Norris Unit,
 Arkansas Division of Correction; *et al.*                                      DEFENDANTS

## JUDGMENT

Consistent with the Order entered today and previously, Plaintiff's claims are

DISMISSED, and this case is CLOSED.   It is certified that an *in forma pauperis* appeal from this

Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

Dated this 23rd day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE